Joseph E. Merrion, Appellee, v. Joseph Altman et al.,
Appellants.

Gen. No. 40,992.

opinion filed November 26, 1940; rehearing denied December 12, 1940. Robert Berg, for appellants; Francis P. Canary, for appellee; John I. Mayer, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."